UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  S2-4:13CR00289 HEA (TIA) |
| ) | |
| CARRIS KING, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of Missouri hereby dismisses the Indictment against defendant Carris King without prejudice.

RICHARD G. CALLAHAN
United States Attorney

 */s/ Sayler A. Fleming*
SAYLER A. FLEMING, #58775MO
Asst. United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal without prejudice.

_____
HENRY E. AUTREY                                             DATE
UNITED STATES DISTRICT JUDGE

Dated:   This _____ day of June 2014.